1000

**EMPIRE FURNITURE CORPORATION v. TEXTILE WORKERS ORGANIZING COMMITTEE and National Labor Relations Board.**

No. 8020.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Simmonds & Bowman, of Johnson City, Tenn., for petitioner.

Charles Fahy, of Washington, D. C., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It is ordered that the motion of respondent to dismiss petition to review and set aside an order of the National Labor Relations Board be and the same is hereby granted.

**ESSKAY & CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 6660.

Circuit Court of Appeals, Seventh Circuit.

May 27, 1938.

SPARKS, Circuit Judge.

Upon consideration of the motion of the petitioner on review in the above-entitled cause to Docket and Dismiss the petition to review the decision of the United States Board of Tax Appeals, it appearing from a certificate of the Clerk of the United States Board of Tax Appeals attached to the motion that the petition to review was duly filed with the said Board.

It is ordered that the said petition to review be by the Clerk of this Court docketed and that the said petition be and the same is hereby dismissed.

It is further ordered that the Clerk of this Court forthwith transmit a certified copy of this order to the Clerk of the United States Board of Tax Appeals at Washington, D. C.

**EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. Stanley C. ROETTINGER, Trustee in Bankruptcy of Ben C. Albert.**

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Maxwell & Ramsey, of Cincinnati, Ohio, for appellant.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that an appeal was allowed in this case on October 9, 1935, and that no further steps have been taken since that date to prosecute appeal; it is ordered that the appeal be dismissed.

**Virgil P. ETTINGER, Petitioner-Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 343.

Circuit Court of Appeals, Second Circuit.

June 20, 1938.

Frank J. Albus, of Washington, D. C., for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Maurice J. Mahoney, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed.